UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22471-CIV-GAYLES

NORTH AMERICAN SUGAR INDUSTRIES INC.,

                Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD.,

                Defendants.

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF NORTH AMERICAN SUGAR INDUSTRIES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff North American Sugar Industries Inc. ("American Sugar"), by its undersigned counsel, hereby provides the following corporate disclosure statement.

American Sugar hereby identifies its parent company as Azucar Holdings, LLC. No publicly held corporation owns 10% or more of American Sugar's stock.

Date: June 17, 2020

                              Respectfully submitted,

                              Miguel A. Estrada (to be admitted *pro hac vice*)
                              Audi K. Syarief (to be admitted *pro hac vice*)
                              GIBSON, DUNN & CRUTCHER LLP
                              1050 Connecticut Ave., NW
                              Washington, DC 20036-5306
                              Telephone: (202) 955-8257
                              Facsimile:  (202) 530-9616
                              mestrada@gibsondunn.com
                              asyarief@gibsondunn.com

Andrea E. Neuman (to be admitted *pro hac vice*)
Rahim Moloo (to be admitted *pro hac vice*)
Casey Kyung-Se Lee (to be admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-3883
Facsimile:  (212) 351-5303
aneuman@gibsondunn.com
rmoloo@gibsondunn.com
clee@gibsondunn.com

_____
David S. Mandel
FBN 38040
MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone:  (305) 374-7771
dsm@mandel.law

*Counsel for Plaintiff North American Sugar Industries Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

David S. Mandel