# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE  NO.: 1:20-cv-22471-DPG

NORTH AMERICAN SUGAR
INDUSTRIES,  INC.,

        Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE &
TECHNOLOGY CO., LTD.; GOLDWIND
INTERNATIONAL HOLDINGS(HK) LTD.;
DSV AIR & SEA INC.; BBC CHARTERING
USA, LLC; and BBC CHARTERING
SINGAPORE PTE LTD.,

        Defendants.

---

## DECLARATION OF KENNETH WITKOWSKI

I, Kenneth Witkowski, declare:

1.      I am over 18 years of age and am competent to testify to the matters set forth herein.  I have personal knowledge of the matters set forth herein, and, if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2.      I am an employee of DSV Air & Sea Inc. ("DSV US").  DSV US is a Delaware corporation with its principal place of business in Clark, New Jersey.

3.      DSV US provides air and sea freight forwarding services for international shipments.

4.      Currently, I am the Director of Quality & Compliance for DSV US.  I work at DSV US's head office, which is located in Clark, New Jersey.  I have been Director of Quality & Compliance for DSV US since 1998, and I have been employed by DSV US since 1995.

5.      DSV Ocean Transport A/S, is a Danish corporation organized under the laws of Denmark with its principal place of business in Hedehusene, Denmark.  DSV US is a wholly-

1

owned subsidiary of DSV Air & Sea Holding, Inc.  DSV Ocean Transport A/S, and DSV Air & Sea Holding, Inc. are each wholly-owned subsidiaries of DSV Air & Sea Holding A/S.  DSV Air & Sea Holding A/S is a wholly owned subsidiary of DSV Panalpina A/S.

6.      In December 2018, DSV US had 35 offices located throughout the United States, including one office in Miami and one office in Orlando, Florida.

7.      According to bill of lading numbers HPR0023752 and HPR0023755, which I reviewed, there was a shipment of blades, along with frames to hold the blades, that departed Tianjin, China on a vessel named the "BBC Moonstone" and arrived at Puerto Carupano, Cuba (the "BBC Moonstone Shipment").

8.      DSV US was not the Non-Vessel Operating Common Carrier ("NVOCC") for the BBC Moonstone Shipment.  As reflected in bill of lading numbers HPR0023752 and HPR0023755, DSV Ocean Transport A/S was the NVOCC for the BBC Moonstone Shipment. DSV US transmitted the AMS FROB filing for DSV Ocean Transport A/S to U.S. Customs and Border Protection's Automated Manifest System ("AMS").  When making a filing to the AMS System, the Standard Carrier Alpha Code ("SCAC") defaults to the SCAC code associated with DSV US (DSVF) based on the identity and location of the operator making the electronic transmission.  The operator located in the United States who submitted the AMS FROB filing made a clerical error by not correcting the default SCAC code to reflect that DSV US was not the NVOCC for the BBC Moonstone Shipment.

9.      DSV US was not hired or paid by any entity, including any codefendant in this case, for any activity relating to the BBC Moonstone Shipment or to deliver blades and frames from China to Cuba.

10.      DSV US did not consult or communicate with any codefendant in this case on any aspect of the BBC Moonstone Shipment, including any consultation or communication relating to the delivery of blades and frames from China to Cuba.

11.      DSV US did not coordinate with any codefendant in this case or Empresa Importadora-Exportadora de Objetivos Electro-Energéticos ("Energoimport") regarding the BBC

2

Moonstone Shipment.

12.     DSV US did not hire or pay any entity, including any codefendant in this case, to carry out the delivery of blades and frames from China to Cuba on the BBC Moonstone.

13.     DSV US was not involved in and had no part in planning the route for the BBC Moonstone Shipment, and DSV US was not involved in and had no part in selecting the port for the delivery of the blades on the BBC Moonstone.

14.     DSV US did not plan, request, or decide that the BBC Moonstone stop in Miami, Florida before arriving in Cuba.

15.     DSV US did not track, and played no role in the tracking of, the shipment of the blades from China to Miami to Cuba.

16.     DSV US's involvement in the BBC Moonstone Shipment was limited to conferring outside of Florida on a limited compliance issue regarding the BBC Moonstone Shipment, placing one phone call from outside of Florida to the United States Department of Commerce located outside of Florida to discuss the export license issued for the shipment of blades from China to Cuba, and electronically transmitting forms for the BBC Moonstone Shipment from outside of Florida to U.S. Customs and Border Protection's Automated Manifest System.

17.     DSV US's limited acts in regard to the BBC Moonstone Shipment were not performed in the State of Florida or by persons who are located in Florida or work in DSV US's Florida offices.

18.     DSV US's Miami and Orlando offices had no involvement in the BBC Moonstone Shipment.  There was no DSV US employee, agent, or representative located in the State of Florida, including the Miami or Orlando offices, that had any involvement in or took any action in regard to the BBC Moonstone Shipment.

19.     DSV US did not arrange for logistical support for the BBC Moonstone while it was in Miami on January 30, 2019.

20.     No DSV US employee, agent, or representative was present at the port where the

3

BBC Moonstone docked in Miami at any time during the BBC Moonstone's stop in Miami on January 30, 2019 for any purpose related to the BBC Moonstone Shipment.

21.    No DSV US employee, agent, or representative boarded the BBC Moonstone at any time during the delivery of wind farm equipment from China to Cuba.

22.    No DSV US employee, agent, or representative took any action in the State of Florida that was in any way related to the BBC Moonstone Shipment.

23.    DSV US did not review, issue, sign, present, or submit to U.S. Customs and Border Protection or Miami Seaport officials, or direct any other entity to present or submit to U.S. Customs and Border Protection or Miami Seaport officials, any cargo declaration, bill of lading, or any other document stating that Miami or the Miami Seaport was the ultimate destination of the BBC Moonstone, rather than Cuba, or that equipment transported by the BBC Moonstone would be unloaded in Miami.

24.    DSV US did not agree to transport any equipment from China to Energoimport in Cuba.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 28th day of August, 2020.

Kenneth Witkowski

4