# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-22471-DPG

NORTH AMERICAN SUGAR INDUSTRIES INC.,

                        Plaintiff,

            v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD.,

                        Defendants.

### DECLARATION OF JOHN AUERBACH
### IN SUPPORT OF PLAINTIFF NORTH AMERICAN SUGAR INDUSTRIES INC.'S
### <u>MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY</u>

I, John Auerbach, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Managing Director with the Berkley Research Group, LLC, and I maintain an office in that firm's building located at 810 Seventh Avenue, Suite 4100, New York, NY 10019. I am over the age of 18 and am competent to testify to the matters set forth herein.

2. I make this declaration in support of Plaintiff North American Sugar Industries Inc.'s Motion for Leave to Conduct Jurisdictional Discovery, and I have personal knowledge of the facts stated below.

3. Panjiva, Inc. is a subscription-based website with import and export details on commercial shipments worldwide. The company's Panjiva database is one of several publicly available tools that allows users to view ocean freight shipment data for imports to and exports

from the United States.[1]  For any specific bill of lading, Panjiva provides a shipment profile that collects information from U.S. Customs and Border Protection's Automatized Manifest System, including the Automated Commercial Environment, which is the primary system for the international trade community to submit import and export data to communicate with U.S. Customs and Border Protection and other participating government agencies.  Per Panjiva, this data is collected and archived from these government systems on a daily basis.

    4.    On September 17, 2020, I downloaded from the Panjiva database the shipment profile for "House Bill of Lading DSVFHPR0023752."  A copy of this profile is provided at **Exhibit A-1**.  Pursuant to the profile, the BBC Moonstone carried wind turbine blades from Tianjin, China to Miami, Florida.  The profile identifies the "Carrier" as "DSVF," and the corresponding "Master Bill of Lading Number" as "BBHYTIACAR001."

    5.    On September 17, 2020, I downloaded from the Panjiva database the shipment profile for "House Bill of Lading DSVFHPR0023755."  A copy of this profile is provided at **Exhibit A-2**.  Pursuant to the profile, the BBC Moonstone carried blade root frames and tip frames from Tianjin, China to Miami, Florida.  The profile identifies the "Carrier" as "DSVF," and the corresponding "Master Bill of Lading Number" as "BBHYTIACAR002."

    6.    On September 17, 2020, I downloaded from the Panjiva database the shipment profile for "House Bill of Lading DFDSHPR0023508."  A copy of this profile is provided at **Exhibit A-3**.  Pursuant to the profile, the BBC Jade carried windmill components from Tianjin, China to Miami, Florida.  The profile identifies the "Carrier" as "DFDS," and the corresponding "Master Bill of Lading Number" as "BBCHTIAPUE001."

---

[1] *See* Panjiva: United States Trade Data, https://panjiva.com/data/united-states-trade-data.

7.     On September 17, 2020, I downloaded from the Panjiva database the shipment profile for "House Bill of Lading DFDSHPR0023522."  A copy of this profile is provided at **Exhibit A-4**.  Pursuant to the profile, the BBC Jade carried windmill components from Tianjin, China to Miami, Florida.  The profile identifies the "Carrier" as "DFDS," and the corresponding "Master Bill of Lading Number" as "BBCHTIAPUE002."

I declare under penalty of perjury that the foregoing is true and correct.

_____
JOHN AUERBACH

Executed on:  September 25, 2020

# EXHIBIT A-1

Shipment Profile for House Bill of Lading

# DSVFHPR0023752

ARRIVED ON FEBRUARY 3, 2019 | DATA SOURCE: US IMPORTS

**Shipper**
Lm (China) Investment Co., Ltd.
VILLA 7 NO.5 HENGYUAN RD YIXIANS CIENTIFIC INDUSTRY PARK TIANJIN CH INA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100

**Contents**
1 Container • 293,658 kg
LM 37. 3P2 BLADE

**Consignee**
Empresa Importadora Exportadora De
AMENIDAD NO.124 ENTRE NUEVAY 20 DE MAYO. LA HABANA CUBA LA HABANA CU



Live Help

# Shipment Details

<span style="float:right">Show empty fields</span>

| | |
|---|---|
| Bill of Lading Number | DSVFHPR0023752 |
| Bill of Lading Type | House |
| Master Bill of Lading Number | BBHYTIACAR001 |
| Arrival Date | 2019-02-03 |
| Shipment Origin | China |
| Shipment Destination | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Unlading | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Lading | Tianjin, China |
| Place of Receipt | TIANJIN XINGANG |
| Transport Method | Maritime |
| Vessel | BBC MOONSTONE |
| Is Containerized | false |
| Quantity | 51 |
| Measurement | 138 |
| Weight (kg) | 293658 |
| Weight (t) | 293.658 |
| Weight (Original Format) | 293658 KG |
| FROB | true |
| Manifest Number | 000001 |
| Number of Containers | 1 |
| Has LCL | false |

# Company Details

<span style="float:right">Show empty fields</span>

| | |
|---|---|
| Consignee | Empresa Importadora Exportadora De<br>AMENIDAD NO.124 ENTRE NUEVAY 20 DE MAYO. LA HABANA CUBA LA HABANA CU<br><br>2 Shipments since February 2019 |

Live Help

Case 1:20-cv-25347-1-PCH  Document 28-1  Entered on FLSD Docket 08/28/2020  Page 7 of 20

| Consignee (Original Format) | EMPRESA IMPORTADORA-EXPORTADORA DE AMENIDAD NO.124 ENTRE NUEVA Y 20 DE, MAYO., LA HABANA, CUBA, LA HABANA CU |
|---|---|
| Shipper | Lm (China) Investment Co., Ltd. VILLA 7 NO.5 HENGYUAN RD YIXIANS CIENTIFIC INDUSTRY PARK TIANJIN CH INA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100  140 Shipments since May 2018 |
| Shipper (Original Format) | LM (CHINA) INVESTMENT CO LTD NO 7 BUILDING NO 5 HENG YUAN ROAD, YI XIAN CHEMICAL INDUSTRY PARK, TIANJIN CN TE+862282193100 |
| Carrier | DSVF - DSV OCEAN TRANSPORT |
| Notify Party | |
| Notify Party SCAC | DSVF - DSV OCEAN TRANSPORT |

# 1 Container

## Container 1                                                   Show empty fields

| Container Numbers | NC |
|---|---|
| HS Code | |
| Goods Shipped | LM 37. 3P2 BLADE |
| Dangerous Goods | false |
| GICS [IB] | [object Object] |

Not reported

Live Help

Case 1:20-cv-22471-DPG Document 28-1 Entered on FLSD Docket 08/28/2020 Page 8 of 20

# EXHIBIT A-2

Shipment Profile for House Bill of Lading

# DSVFHPR0023755

ARRIVED ON FEBRUARY 3, 2019 | DATA SOURCE: US IMPORTS

**Shipper**

Xinjiang Goldwind Science

107 SHANGHAI RD ZINJIANG CN

**Contents**

1 Container • 101,109 kg
BLADE ROOT FRAME & TIP FRAME

**Consignee**

Empresa Importadora Exportadora De

AMENIDAD NO.124 ENTRE NUEVAY 20 DE MAYO. LA HABANA CUBA LA HABANA CU



Live Help

# Shipment Details

Show empty fields

| | |
|---|---|
| Bill of Lading Number | DSVFHPR0023755 |
| Bill of Lading Type | House |
| Master Bill of Lading Number | BBHYTIACAR002 |
| Arrival Date | 2019-02-03 |
| Shipment Origin | China |
| Shipment Destination | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Unlading | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Lading | Tianjin, China |
| Place of Receipt | TIANJIN XINGANG |
| Transport Method | Maritime |
| Vessel | BBC MOONSTONE |
| Is Containerized | false |
| Quantity | 102 |
| Measurement | 6 |
| Weight (kg) | 101109 |
| Weight (t) | 101.109 |
| Weight (Original Format) | 101109 KG |
| FROB | true |
| Manifest Number | 000001 |
| Number of Containers | 1 |
| Has LCL | false |

# Company Details

Show empty fields

| | |
|---|---|
| Consignee | Empresa Importadora Exportadora De<br>AMENIDAD NO.124 ENTRE NUEVAY 20 DE MAYO. LA HABANA CUBA LA HABANA CU<br><br>2 Shipments since February 2019 |

Live Help

| | |
|---|---|
| Consignee (Original Format) | EMPRESA IMPORTADORA-EXPORTADORA DE AMENIDAD NO.124 ENTRE NUEVA Y 20 DE, MAYO., LA HABANA, CUBA, LA HABANA CU |
| Shipper | Xinjiang Goldwind Science<br>107 SHANGHAI RD ZINJIANG CN<br>13 Shipments since October 2015 |
| Shipper (Original Format) | XINJIANG GOLDWIND SCIENCE & TECHNOL DEVELOPMENT ZONE URUMQI, XINJIANG CHINA 830026, XINJIANG CN TE+869913767450 |
| Shipper Global HQ | Xinjiang Goldwind Science |
| Shipper Domestic HQ | Xinjiang Goldwind Science |
| Shipper Ultimate Parent | Xinjiang Goldwind Science & Technology Co., Ltd.<br>No. 107 Shanghai Road, Economic & Technological Development Zn, Urumqi Xinjiang Uygur Province 830026, China<br>www.goldwind.com.cn/ |
| Carrier | DSVF - DSV OCEAN TRANSPORT |
| Notify Party | |
| Notify Party SCAC | DSVF - DSV OCEAN TRANSPORT |

# 1 Container

### Container 1

Show empty fields

| | |
|---|---|
| Container Numbers | NC |
| HS Code | 7326.90 |
| Goods Shipped | BLADE ROOT FRAME & TIP FRAME |
| Dangerous Goods | false |
| GICS [IB] | [object Object] |

Not reported

Live Help

# EXHIBIT A-3

 See Raw Record    Open in new tab    Print

Shipment Profile for House Bill of Lading

# DFDSHPR0023508

ARRIVED ON DECEMBER 7, 2018 | DATA SOURCE: US IMPORTS

**Shipper**

Lm (China) Investment Co., Ltd.

VILLA 7 NO.5 HENGYUAN RD YIXIANS CIENTIFIC INDUSTRY PARK TIANJIN CHINA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100

**Contents**

1 Container • 34,449,800 kg
WINDMILL COMPONENTS

**Consignee**

Empresa Importadora Expotradora

AMENIDAD 124 ENTRE NUEVAY 20 DE MAYO HAVANNA CU



Live Help

## Shipment Details

*Show empty fields*

| | |
|---|---|
| Bill of Lading Number | DFDSHPR0023508 |
| Bill of Lading Type | House |
| Master Bill of Lading Number | BBCHTIAPUE001 |
| Arrival Date | 2018-12-07 |
| Shipment Origin | China |
| Shipment Destination | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Unlading | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Lading | Tianjin, China |
| Place of Receipt | TIANJIN |
| Transport Method | Maritime |
| Vessel | BBC JADE |
| Is Containerized | false |
| Quantity | 153 |
| Weight (kg) | 34449800 |
| Weight (t) | 34449.8 |
| Weight (Original Format) | 34449767 KG |
| Value of Goods (USD) | 44096000 |
| FROB | true |
| Manifest Number | 154433 |
| Number of Containers | 1 |
| Has LCL | false |

## Company Details

*Show empty fields*

| | |
|---|---|
| Consignee | Empresa Importadora Expotradora<br>AMENIDAD 124 ENTRE NUEVAY 20 DE MAYO HAVANNA CU<br><br>2 Shipments since December 2018 |

*Live Help*

Case 1:20-cv-23517-DPG Document 28-1 Entered on FLSD Docket 09/30/2020 Page 15 of 20

| Consignee (Original Format) | EMPRESA IMPORTADORA EXPOTRADORA<br>AMENIDAD 124, ENTRE NUEVA Y 20 DE MAYO, HAVANNA CU |
|---|---|
| Shipper | Lm (China) Investment Co., Ltd.<br>VILLA 7 NO.5 HENGYUAN RD YIXIANS CIENTIFIC INDUSTRY PARK TIANJIN CH INA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100<br><br>140 Shipments since May 2018 |
| Shipper (Original Format) | LM CHINA INVESTMENT CO LTD<br>NO 7 BLDG 5, HENG YAUN RD, TIANJIN CN |
| Carrier | DFDS - DSV OCEAN TRANSPORT A/S |
| Notify Party | |
| Notify Party SCAC | BBCH - BBC CHARTERING & LOGISTIC GMBH & CO KG<br>DFDS - DSV OCEAN TRANSPORT A/S |

## 1 Container

### Container 1

*Show empty fields*

| Container Numbers | NC1 |
|---|---|
| HS Code | 1108.14 |
| Goods Shipped | WINDMILL COMPONENTS |
| Dangerous Goods | false |
| GICS [IB] | [object Object] |

Not reported

Live Help

Case 1:20-cv-22617-DPG   Document 28-1   Entered on FLSD Docket 08/28/2020   Page 16 of 20

# EXHIBIT A-4

 See Raw Record    Open in new tab    Print

Shipment Profile for House Bill of Lading

# DFDSHPR0023522

ARRIVED ON DECEMBER 7, 2018 | DATA SOURCE: US IMPORTS

**Shipper**

Lm (China) Investment Co., Ltd.

VILLA 7 NO.5 HENGYUAN RD YIXIANSCIENTIFIC INDUSTRY PARK TIANJIN CHINA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100

**Contents**

1 Container • 394,767 kg
WINDMILL COMPONENTS

**Consignee**

Empresa Importadora Expotradora

AMENIDAD 124 ENTRE NUEVAY 20 DE MAYO HAVANNA CU



Live Help

## Shipment Details

Show empty fields

| | |
|---|---|
| Bill of Lading Number | DFDSHPR0023522 |
| Bill of Lading Type | House |
| Master Bill of Lading Number | BBCHTIAPUE002 |
| Arrival Date | 2018-12-07 |
| Shipment Origin | China |
| Shipment Destination | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Unlading | Port Of Entry-Miami Seaport, Miami, Florida |
| Port of Lading | Tianjin, China |
| Place of Receipt | TIANJIN |
| Transport Method | Maritime |
| Vessel | BBC JADE |
| Is Containerized | false |
| Quantity | 153 |
| Weight (kg) | 394767 |
| Weight (t) | 394.767 |
| Weight (Original Format) | 394767 KG |
| Value of Goods (USD) | 505000 |
| FROB | true |
| Manifest Number | 154433 |
| Number of Containers | 1 |
| Has LCL | false |

## Company Details

Show empty fields

| | |
|---|---|
| Consignee | Empresa Importadora Expotradora<br>AMENIDAD 124 ENTRE NUEVAY 20 DE MAYO HAVANNA CU<br><br>2 Shipments since December 2018 |

Live Help

Case 1:20-cv-23517-DPG  Document 28-1  Entered on FLSD Docket 09/30/2020  Page 19 of 20

| Consignee (Original Format) | EMPRESA IMPORTADORA EXPOTRADORA<br>AMENIDAD 124, ENTRE NUEVA Y 20 DE MAYO, HAVANNA CU |
|---|---|
| Shipper | Lm (China) Investment Co., Ltd.<br>VILLA 7 NO.5 HENGYUAN RD YIXIANS CIENTIFIC INDUSTRY PARK TIANJIN CH INA 301726 TEL:+86 22 82193100 FAX: +86 22 82193100<br><br>140 Shipments since May 2018 |
| Shipper (Original Format) | LM CHINA INVESTMENT CO LTD<br>NO 7 BLDG 5, HENG YAUN RD, TIANJIN CN |
| Carrier | DFDS - DSV OCEAN TRANSPORT A/S |
| Notify Party | |
| Notify Party SCAC | BBCH - BBC CHARTERING & LOGISTIC GMBH & CO KG<br>DFDS - DSV OCEAN TRANSPORT A/S |

## 1 Container

### Container 1

*Show empty fields*

| Container Numbers | NC1 |
|---|---|
| HS Code | 1108.14 |
| Goods Shipped | WINDMILL COMPONENTS |
| Dangerous Goods | false |
| GICS [IB] | [object Object] |

Not reported

Live Help