UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22471-DPG

NORTH AMERICAN SUGAR INDUSTRIES INC.,

                              Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD.,

                              Defendants.

**PLAINTIFF'S MOTION TO STAY BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(2) MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, plaintiff North American Sugar Industries Inc. ("American Sugar") respectfully moves to stay the briefing schedule for the motions to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by defendants BBC Chartering USA, LLC, BBC Chartering Singapore PTE Ltd., DSV Air & Sea Inc., and Goldwind International Holdings (HK) Ltd. (collectively, "Defendants")[1] (the "Rule 12(b)(2) Motions to Dismiss"), Dkt. Nos. 48, 52-53, pending the Court's disposition of American Sugar's motion for leave to conduct jurisdictional discovery, which was filed earlier today ("Jurisdictional Discovery Motion"), Dkt. No. 59.  In support of the instant motion, American Sugar states as follows:

      1.      American Sugar filed its complaint in this action on June 15, 2020.  Dkt. No. 1.

---

[1] For purposes of this motion, the term "Defendants" does not include defendant Xinjiang Goldwind Science & Technology Co., Ltd., which has not yet filed a response to the complaint.

2. On August 31, 2020, Defendants filed their Rule 12(b)(2) Motions to Dismiss, Dkt. Nos. 48, 52-53, and a joint motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "Joint Motion to Dismiss"), Dkt. No. 54.  On September 8, 2020, the Court granted American Sugar's unopposed motion to extend its deadline to respond to the Joint Motion to Dismiss, and to consider and respond as appropriate to the Rule 12(b)(2) Motions to Dismiss, to October 14, 2020.  *See* Dkt. Nos. 56, 58.

3. On September 29, 2020, American Sugar filed the Jurisdictional Discovery Motion.  Dkt. No. 59.  Pursuant to Local Rule 7.1(c), and absent any Court-ordered extensions, Defendants must file any opposition to the Jurisdictional Discovery Motion by October 13, 2020, and American Sugar must in turn file its reply brief seven (7) days after an opposition is filed— potentially by October 20, 2020, six (6) days *after* American Sugar's current deadline to file its response to the Rule 12(b)(2) Motions to Dismiss.

4. American Sugar recognizes that, once the Jurisdictional Discovery Motion is fully briefed, the Court will need time to consider the parties' motion papers before issuing a ruling.  In the interests of efficiency and judicial economy, American Sugar respectfully requests that the briefing schedule for Defendants' Rule 12(b)(2) Motions to Dismiss be stayed while the Jurisdictional Discovery Motion is pending.  By granting the stay, the Court and the parties will avoid a scenario in which American Sugar's opposition to the Rule 12(b)(2) Motions to Dismiss, and any replies to that opposition, need to be revised or supplemented to account for a later-in-time decision by the Court on the Jurisdictional Discovery Motion.

5. The requested stay of briefing schedule is made in good faith, not for purposes of delay, and will not prejudice any party or the Court.  American Sugar, however, will be

prejudiced if such relief is not granted because the Jurisdictional Discovery Motion may not be resolved before American Sugar's deadline to respond to the Rule 12(b)(2) Motions to Dismiss.

WHEREFORE, for good cause having been shown, American Sugar respectfully requests that the Court enter the Proposed Order, attached hereto as **Exhibit 1**, staying the briefing schedule for Defendants' Rule 12(b)(2) Motions to Dismiss pending the Court's resolution of American Sugar's Jurisdictional Discovery Motion.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that he conferred with counsel for Defendants, which oppose the relief requested in this motion. Despite a good faith effort to resolve this dispute, the parties were unable to do so.

Dated: September 29, 2020

Respectfully submitted,

Miguel A. Estrada (*pro hac vice*)
Audi K. Syarief (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: (202) 955-8257
Facsimile: (202) 530-9616
mestrada@gibsondunn.com
asyarief@gibsondunn.com

Andrea E. Neuman (*pro hac vice*)
Rahim Moloo (*pro hac vice*)
Casey Kyung-Se Lee (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-3883
Facsimile: (212) 351-5303
aneuman@gibsondunn.com
rmoloo@gibsondunn.com
clee@gibsondunn.com

*David S. Mandel*
David S. Mandel
FBN 38040
MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Plaintiff North American Sugar Industries Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2020, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*David S. Mandel*