# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-22471-DPG**

| |
|---|
| NORTH AMERICAN SUGAR INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD., <br><br> Defendants. |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(2) MOTIONS TO DISMISS**

This cause comes before the Court on Plaintiff North American Sugar Industries Inc.'s ("American Sugar's") Motion to Stay Briefing Schedule for Defendants' Rule 12(b)(2) Motions to Dismiss (the "Motion").  Dkt. No. __.  The Court has reviewed the Motion, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The briefing schedule for the motions to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by defendants BBC Chartering USA, LLC, BBC Chartering Singapore PTE Ltd., DSV Air & Sea Inc., and Goldwind International Holdings (HK) Ltd. (Dkt. Nos. 49, 52-53) is hereby stayed pending the Court's disposition of American Sugar's motion for leave to conduct jurisdictional discovery, Dkt. No. 59.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida this \_\_\_\_ day of September 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE