# EXHIBIT A



# BBC Chartering® - Worldwide Sailings

## 01 October 2020

| | Deadweight | Space | Lift. Capacity | Position | Date Open | Planned Direction |
|---|---|---|---|---|---|---|
| **Scandinavia / Baltic / Continent / UK / North Spain** | | | | | **(contact: Leer office)** | |
| Baltic Harmony | 31.700 mt | 39.000 cbm | 500 mt | North France | 07-Oct | Far East |
| BBC Rainbow | 17.550 mt | 25.500 cbm | 160 mt | Baltic Sea | 09-Oct | |
| BBC Volga | 17.500 mt | 21.500 cbm | 160 mt | South Norway | 07-Oct | |
| BBC Amethyst | 14.350 mt | 20.140 cbm | 800 mt | French Bay | 06-Oct | Continent / ECSA |
| BBC Amber | 14.350 mt | 20.140 cbm | 800 mt | Ireland | 27-Oct | |
| BBC California | 12.700 mt | 15.900 cbm | 360 mt | North Spain | 01-Oct | ECSA |
| BBC Oklahoma | 12.700 mt | 15.900 cbm | 240 mt | Norway | 08-Oct | |
| BBC Oregon | 12.700 mt | 15.900 cbm | 360 mt | Continent | 11-Oct | |
| BBC Kentucky | 12.580 mt | 15.900 cbm | 300 mt | Continent | 02-Oct | ECSA |
| BBC Emsland | 11.121 mt | 14.800 cbm | 160 mt | Continent | 12-Oct | |
| BBC Naples | 9.800 mt | 12.800 cbm | 120 mt | Continent | 09-Oct | |
| BBC Rushmore | 9.300 mt | 13.100 cbm | 700 mt | Continent | 05-Oct | Persian Gulf / WC India |
| BBC Ursa | 8.000 mt | 11.326 cbm | 400 mt | Baltic Sea | 04-Oct | WC India / SE Asia / Philippines |
| **Mediterranean Sea / Black Sea / North Africa / Red Sea** | | | | | **(contact: Genoa office)** | |
| BBC Raise | 17.800 mt | 25.500 cbm | 160 mt | Black Sea | 15-Oct | Persian Gulf / WC India |
| BBC Leda | 17.000 mt | 19.827 cbm | 300 mt | Central Med | 25-Oct | |
| BBC Pearl | 14.350 mt | 20.140 cbm | 800 mt | East Med | 03-Oct | US Gulf / WCSA |
| BBC Moonstone | 14.350 mt | 20.140 cbm | 800 mt | Sea of Marmara | 31-Oct | |
| BBC Peru | 13.500 mt | 17.250 cbm | 160 mt | West Med | 22-Oct | US Gulf / USWC |
| BBC Alberta | 12.700 mt | 15.900 cbm | 360 mt | Sea of Marmara | 12-Nov | |
| BBC Arkhangelsk | 12.400 mt | 17.600 cbm | 500 mt | Black Sea | 13-Oct | Continent / Baltic Sea |
| BBC Brazil | 10.872 mt | 14.800 cbm | 160 mt | Central Med | 30-Oct | |
| BBC Destiny | 8.000 mt | 11.326 cbm | 500 mt | West Med | 03-Nov | |
| **West Africa / South Africa / East Africa** | | | | | **(contact: Genoa office)** | |
| BBC Rio | 17.550 mt | 25.500 cbm | 160 mt | East Africa | 19-Oct | |
| BBC Ganges | 17.000 mt | 19.750 cbm | 500 mt | Ivory Coast | 08-Nov | |
| BBC Ruby | 14.350 mt | 20.140 cbm | 800 mt | South Africa | 01-Oct | Australia / SE Asia |
| BBC Zarate | 12.700 mt | 15.900 cbm | 240 mt | South Africa | 09-Oct | Persian Gulf / WC India |
| BBC Challenger | 11.000 mt | 14.800 cbm | 160 mt | Senegal | 03-Oct | |
| BBC Nyhavn | 9.800 mt | 12.800 cbm | 120 mt | Reunion Island | 16-Oct | |
| **Middle East** | | | | | **(contact: Dubai office)** | |
| BBC Elbe | 17.500 mt | 21.500 cbm | 160 mt | South India | 22-Oct | |
| BBC Plata | 12.700 mt | 15.900 cbm | 240 mt | Persian Gulf | 10-Oct | East Med / Black Sea |
| BBC Georgia | 12.700 mt | 15.900 cbm | 300 mt | Persian Gulf | 13-Oct | |
| BBC Russia | 12.400 mt | 17.600 cbm | 500 mt | Persian Gulf | 01-Nov | |
| BBC Diamond | 8.000 mt | 11.326 cbm | 500 mt | Persian Gulf | 14-Oct | Red Sea / Mediterranean Sea |
| BBC Germany | 7.380 mt | 10.675 cbm | 500 mt | Persian Gulf | 01-Oct | Med Sea / NCSA / US Gulf |
| BBC Austria | 7.380 mt | 10.675 cbm | 500 mt | Persian Gulf | 24-Oct | |
| **South East Asia / Far East** | | | | | **(contact: Singapore office)** | |
| Pacific Harmony | 31.700 mt | 39.000 cbm | 500 mt | Singapore | 05-Oct | Argentina / North Brazil |
| Atlantic Harmony | 31.700 mt | 39.000 cbm | 500 mt | Japan | 15-Oct | WCCA / WCSA |
| Caspian Harmony | 31.700 mt | 39.000 cbm | 500 mt | North China | 05-Nov | |
| Huanghai Struggler | 31.700 mt | 39.000 cbm | 500 mt | North China | 23-Nov | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Caribbean Harmony | 31.700 mt | 39.000 cbm | 500 mt | Japan | 01-Dec | |
| BBC Rheiderland | 17.550 mt | 25.500 cbm | 160 mt | Singapore | 08-Oct | North China / USEC |
| BBC Parana | 17.000 mt | 19.750 cbm | 500 mt | Singapore | 05-Oct | West Africa / ECSA |
| BBC Nile | 17.000 mt | 19.750 cbm | 500 mt | North China | 11-Oct | |
| BBC Seine | 17.000 mt | 19.750 cbm | 500 mt | North China | 12-Oct | Continent / Baltic Sea |
| BBC Danube | 17.000 mt | 19.750 cbm | 500 mt | South Korea | 19-Oct | North Vietnam / USEC |
| BBC Citrine | 14.350 mt | 20.140 cbm | 800 mt | North China | 05-Oct | Vietnam / Thailand |
| BBC Coral | 14.350 mt | 20.140 cbm | 800 mt | Thailand | 08-Oct | South Korea / US Gulf / EC Mexico |
| BBC Opal | 14.350 mt | 20.140 cbm | 800 mt | North China | 02-Nov | South China / SE Asia |
| BBC Onyx | 14.350 mt | 20.140 cbm | 800 mt | Taiwan | 08-Nov | |
| Sider Michelle | 12.914 mt | 16.200 cbm | 160 mt | Hong Kong | 02-Oct | Singapore / Persian Gulf |
| Pelagica | 12.700 mt | 15.900 cbm | 300 mt | Japan | 02-Oct | North Vietnam / USEC / Cont |
| BBC Maryland | 12.700 mt | 15.900 cbm | 300 mt | North China | 03-Oct | South Africa / North Brazil |
| BBC Manitoba | 12.700 mt | 15.900 cbm | 240 mt | South China | 04-Oct | Thailand / EC Aust / N Zealand |
| BBC Carolina | 12.700 mt | 15.900 cbm | 300 mt | Philippines | 08-Oct | WC Canada / USWC |
| BBC Delaware | 12.700 mt | 15.900 cbm | 300 mt | South Korea | 10-Oct | SE Asia / NW Australia |
| ABB Lydia | 12.700 mt | 15.900 cbm | 240 mt | Japan | 12-Oct | |
| BBC Virginia | 12.700 mt | 15.900 cbm | 360 mt | Japan | 13-Oct | South / West Africa / ECSA |
| BBC Vermont | 12.700 mt | 15.900 cbm | 300 mt | South China | 21-Oct | |
| Jannes | 12.700 mt | 15.900 cbm | 300 mt | North China | 23-Oct | US Gulf / EC Mexico |
| BBC Texas | 12.700 mt | 15.900 cbm | 300 mt | Thailand | 24-Oct | |
| Erik | 12.700 mt | 15.900 cbm | 300 mt | North China | 25-Oct | |
| Mercs Passion | 12.346 mt | 15.800 cbm | 160 mt | North China | 06-Oct | Red SEA / Med Sea / Continent |
| Bruce | 12.300 mt | 17.600 cbm | 500 mt | South Korea | 03-Oct | US Gulf / EC Mexico |
| HR Revolution | 10.581 mt | 13.875 cbm | 500 mt | South Korea | 06-Oct | Singapore / Bay of Bengal |
| BBC Kimberley | 10.000 mt | 15.400 cbm | 500 mt | Taiwan | 20-Oct | |
| BBC Edge | 10.000 mt | 15.400 cbm | 500 mt | Guam | 03-Nov | |
| BBC Norfolk | 9.800 mt | 12.800 cbm | 120 mt | South Korea | 09-Oct | WC Canada / WCSA / US Gulf |
| BBC Mont Blanc | 9.300 mt | 13.100 cbm | 700 mt | EC India | 14-Oct | |
| Elite Faith | 9.030 mt | 13.348 cbm | 80 mt | North China | 04-Oct | WCCA / USEC / North Brazil |
| BBC Cape | 8.000 mt | 11.326 cbm | 400 mt | North China | 02-Oct | WCCA / US Gulf |
| BBC Caribbean | 6.150 mt | 9.500 cbm | 120 mt | South Korea | 12-Nov | |
| BBC Ocean | 6.150 mt | 9.500 cbm | 120 mt | South China | 26-Nov | |
| **Australia / Oceania** | | | | | | **(contact: Singapore office)** |
| BBC America | 25.861 mt | 35.704 cbm | 240 mt | S Australia | 10-Oct | EC Australia / North China |
| Kurt Paul | 17.500 mt | 21.500 cbm | 160 mt | S Australia | 22-Oct | |
| BBC Emerald | 14.350 mt | 20.140 cbm | 800 mt | New Zealand | 21-Nov | |
| Lisa Auerbach | 12.700 mt | 15.900 cbm | 300 mt | EC Australia | 01-Oct | South China / South Korea |
| BBC Newcastle | 9.800 mt | 12.800 cbm | 120 mt | EC Australia | 21-Oct | |
| BBC Orion | 8.000 mt | 11.326 cbm | 500 mt | EC Australia | 11-Oct | New Zealand |
| BBC Europe | 7.380 mt | 10.675 cbm | 500 mt | NW Australia | 15-Oct | |
| BBC Greenland | 7.380 mt | 10.675 cbm | 500 mt | S Australia | 01-Nov | |
| **Canada including Great Lakes** | | | | | | **(contact: Montreal office)** |
| BBC Hudson | 17.500 mt | 21.500 cbm | 160 mt | Lake Superior | 13-Oct | North Africa |
| BBC Mississippi | 17.500 mt | 21.500 cbm | 160 mt | Lake Superior | 17-Oct | NCSA |
| BBC Thames | 17.300 mt | 20.000 cbm | 120 mt | Lake Superior | 15-Oct | |
| BBC Maine | 12.700 mt | 15.900 cbm | 300 mt | Lake Superior | 17-Oct | West Mediterranean Sea |
| BBC Swift | 12.300 mt | 17.600 cbm | 500 mt | Lake Superior | 06-Oct | |
| Industrial Skipper | 12.300 mt | 17.600 cbm | 500 mt | EC Canada | 14-Oct | US Gulf |
| BBC Song | 12.300 mt | 17.600 cbm | 500 mt | Lake Superior | 16-Oct | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BBC Louise | 11.800 mt | 15.200 cbm | 500 mt | Lake Ontario | 29-Oct | US Gulf |
| BBC Eagle | 10.000 mt | 15.400 cbm | 500 mt | Lake Huron | 05-Oct | North France |
| BBC Echo | 10.000 mt | 15.400 cbm | 500 mt | USEC | 10-Oct | ECSA |
| BBC Kibo | 9.300 mt | 13.100 cbm | 700 mt | Lake Superior | 24-Oct | Continent / Baltic Sea |
| BBC Xingang | 9.300 mt | 13.100 cbm | 700 mt | Lake Superior | 09-Nov | |
| BBC Direction | 8.000 mt | 11.326 cbm | 500 mt | Lake Superior | 16-Oct | |
| BBC Dolphin | 8.000 mt | 11.326 cbm | 500 mt | Lake Superior | 21-Oct | |
| **USA / Central America / Caribbean Sea / NCSA** | | | | | **(contact: Houston office)** | |
| BBC Valparaiso | 25.861 mt | 35.704 cbm | 240 mt | US Gulf | 12-Nov | |
| BBC Regalia | 17.800 mt | 25.500 cbm | 160 mt | US Gulf | 13-Oct | Mediterranean Sea |
| BBC Rhonetal | 17.550 mt | 25.500 cbm | 160 mt | US Gulf | 08-Nov | |
| Sjard | 17.500 mt | 21.500 cbm | 160 mt | US Gulf | 05-Oct | USEC / West Africa |
| BBC Congo | 17.000 mt | 19.750 cbm | 500 mt | US Gulf | 23-Oct | Continent / Norway |
| BBC Mekong | 17.000 mt | 19.827 cbm | 300 mt | US Gulf | 09-Nov | |
| BBC Topaz | 14.350 mt | 20.140 cbm | 800 mt | ECCA | 03-Oct | West Africa |
| BBC Sapphire | 14.350 mt | 20.140 cbm | 800 mt | US Gulf | 20-Nov | |
| BBC Tennessee | 12.700 mt | 15.900 cbm | 360 mt | NCSA | 02-Oct | Med Sea / WC India / PG |
| BBC Florida | 12.700 mt | 15.900 cbm | 300 mt | US Gulf | 02-Oct | ECSA |
| BBC Utah | 12.700 mt | 15.900 cbm | 360 mt | USEC | 05-Oct | Australia / New Caledonia |
| BBC Campana | 12.700 mt | 15.900 cbm | 240 mt | NCSA | 11-Oct | Far East |
| BBC Quebec | 12.700 mt | 15.900 cbm | 240 mt | US Gulf | 23-Oct | USEC / EC Canada |
| Leanne Auerbach | 12.700 mt | 15.900 cbm | 300 mt | US Gulf | 12-Nov | |
| BBC Missouri | 12.580 mt | 15.900 cbm | 300 mt | WC Mexico | 16-Oct | Far East |
| BBC St. Petersburg | 12.400 mt | 17.600 cbm | 500 mt | US Gulf | 02-Oct | |
| Zea Servant | 12.300 mt | 17.600 cbm | 500 mt | US Gulf | 16-Oct | |
| BBC Jade | 12.000 mt | 17.200 cbm | 160 mt | US Gulf | 02-Oct | WCSA |
| BBC Everest | 9.300 mt | 13.100 cbm | 700 mt | US Gulf | 03-Oct | ECCA / Continent / Norway |
| BBC Fuji | 9.300 mt | 13.100 cbm | 700 mt | US Gulf | 03-Oct | Mediterannean Sea |
| BBC Vesuvius | 9.300 mt | 13.100 cbm | 700 mt | US Gulf | 05-Oct | Mediterranean Sea |
| BBC Olympus | 9.300 mt | 13.100 cbm | 700 mt | US Gulf | 26-Nov | |
| BBC Century | 8.000 mt | 11.326 cbm | 400 mt | USEC | 14-Oct | |
| BBC Gdansk | 7.700 mt | 9.900 cbm | 240 mt | US Gulf | 10-Nov | |
| BBC Asia | 7.380 mt | 10.675 cbm | 500 mt | USEC | 01-Oct | USWC / Far East |
| BBC Africa | 7.380 mt | 10.675 cbm | 500 mt | US Gulf | 04-Nov | |
| BBC Pacific | 6.150 mt | 9.500 cbm | 120 mt | US Gulf | 03-Oct | Med / Persian Gulf / WC India |
| BBC Romania | 4.325 mt | 6.250 cbm | 120 mt | US Gulf | 13-Oct | |
| **East Coast South America** | | | | | **(contact: Sao Paulo office)** | |
| BBC Rio Grande | 17.300 mt | 20.000 cbm | 120 mt | North Brazil | 04-Oct | Great Lakes |
| BBC Aquamarine | 14.350 mt | 20.140 cbm | 800 mt | South Brazil | 01-Oct | West Africa / PG / WC India |
| BBC Michigan | 12.700 mt | 15.900 cbm | 300 mt | South Brazil | 05-Oct | South Africa / PG / WC India |
| BBC Arizona | 12.700 mt | 15.900 cbm | 300 mt | South Brazil | 08-Oct | River Plate / US Gulf |
| Frieda | 12.700 mt | 15.900 cbm | 300 mt | Argentina | 11-Oct | Far East |
| BBC Rosario | 12.700 mt | 15.900 cbm | 240 mt | South Brazil | 15-Oct | |
| Miena Desgagnes | 12.400 mt | 17.600 cbm | 500 mt | North Brazil | 09-Oct | US Gulf |
| BBC Scandinavia | 7.380 mt | 10.675 cbm | 500 mt | South Brazil | 07-Oct | NCSA / US Gulf |
| BBC Switzerland | 7.380 mt | 10.675 cbm | 500 mt | South Brazil | 10-Oct | Continent |
| BBC Marmara | 6.150 mt | 9.500 cbm | 120 mt | South Brazil | 18-Oct | |
| **West Coast South America** | | | | | **(contact: Lima office)** | |
| BBC Reef | 17.800 mt | 25.500 cbm | 160 mt | Chile | 04-Oct | South/ SE Africa |
| Pia | 12.700 mt | 15.900 cbm | 300 mt | Chile | 06-Oct | US Gulf |

| Vessel | | | | | | |
|---|---|---|---|---|---|---|
| Lily Auerbach | 12.700 mt | 15.900 cbm | 240 mt | Peru | 08-Oct | |
| BBC Dart | 8.000 mt | 11.326 cbm | 500 mt | Chile | 02-Oct | US Gulf |
| **Employed on a long-term basis** | | | | | | |
| Daxia | 56.800 mt | 71.635 cbm | 4x36mt | | | |
| BBC Neptune | 37.300 mt | 48.930 cbm | 4x30mt | | | |
| Jan | 21.413 mt | 1.577 teu | 3x40mt | | | |
| BBC Weser | 17.500 mt | 21.500 cbm | 160 mt | | | |
| Taiga Desgagnes | 17.500 mt | 21.500 cbm | 160 mt | | | |
| BBC Rhine | 17.300 mt | 20.000 cbm | 120 mt | Mediterranean Sea | | |
| Nordika Desgagnes | 17.000 mt | 19.750 cbm | 500 mt | | | |
| Norderoog | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Langeness | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Petkum | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Julius | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Hooge | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Wybelsum | 16.900 mt | 1.368 teu | gearless | | | |
| Suederoog | 16.900 mt | 1.368 teu | 2x45mt | | | |
| Rosaire A Desgagnes | 12.700 mt | 15.900 cbm | 240 mt | | | |
| Sedna Desgagnes | 12.700 mt | 15.900 cbm | 360 mt | | | |
| Zelada Desgagnes | 12.700 mt | 15.900 cbm | 360 mt | | | |
| Claude A Desgagnes | 12.700 mt | 15.900 cbm | 300 mt | | | |
| Acadia Desgagnes | 11.350 mt | 14.267 cbm | 80 mt | | | |
| BBC Nagasaki | 9.800 mt | 12.800 cbm | 120 mt | | | |
| BBC Bangkok | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Bergen | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Brisbane | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Balboa | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Belem | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Bahrain | 8.000 mt | 11.500 cbm | 170 mt | | | |
| BBC Livorno | 7.800 mt | 12.200 cbm | 160 mt | | | |
| BBC London | 7.800 mt | 12.200 cbm | 160 mt | | | |
| BBC Lisbon | 7.800 mt | 12.200 cbm | 160 mt | | | |
| BBC Lima | 7.800 mt | 12.200 cbm | 160 mt | | | |
| BBC Lagos | 7.800 mt | 12.200 cbm | 160 mt | | | |
| BBC Polonia | 7.700 mt | 9.900 cbm | 240 mt | | | |
| BBC Kwiatkowski | 7.700 mt | 9.900 cbm | 240 mt | | | |
| BBC Magellan | 6.150 mt | 9.500 cbm | 120 mt | | | |
| BBC Adriatic | 6.150 mt | 9.500 cbm | 120 mt | | | |
| Hollum | 6.150 mt | 9.500 cbm | 120 mt | | | |
| Geise | 4.325 mt | 6.250 cbm | 120 mt | | | |

**Contact Details**

http://www.bbc-chartering.com/informations/contact.html

chartering."city"@bbc-chartering.com

(for project cargo transport enquiries)

bulk.leer@bbc-chartering.com

(for bulk cargo transport enquiries)