**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  20-cv- 22471-DPG

NORTH AMERICAN SUGAR
INDUSTRIES, INC.,

           Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE
& TECHNOLOGY CO., LTD., GOLDWIND
INTERNATIONAL HOLDINGS (HK) LTD.,
DSV AIR & SEA INC., BBC CHARTERING
USA, LLC, AND BBC CHARTERING
SINGAPORE PTE LTD,

           Defendants.

_____/

**SUPPLEMENTAL DECLARATION OF LARS SCHOENNEMANN**

Pursuant to 28 U.S.C. § 1746, I, Lars Schoennemann, declare as follows:

1.      I am the Managing Director of BBC Chartering Singapore Pte Ltd. ("BBC

Singapore").  I have personal knowledge of the facts stated below and am authorized to make

this declaration on behalf of BBC Singapore.

2.      I previously submitted a declaration in this case, in support of BBC Singapore's

motion to dismiss for lack of personal jurisdiction ("Schoennmann Decl.") (our counsel informed

me that it was filed with the Court as ECF No. 50-1, together with its Exhibits A through E filed

as ECF Nos. 50-2 through 50-6).

3.      Exhibit E to the Schoennmann Decl. (ECF No. 50-6) contained the two front

pages (each designated "Page 1 of 2") of the U.S. Customs and Border Protection's vessel

clearance statement for the BBC Moonstone.

54967002;1

4.      Our counsel informed me that the plaintiff, in a motion for leave to take jurisdictional discovery from BBC Singapore and other defendants, noted that "BBC Singapore appears to have attached only the first two pages of the [U.S. Customs] Clearance Statement" for the BBC Moonstone (ECF No. 59 at 15 n.14).

5.      I now submit with this declaration, as "**Supplemented Exhibit E**," the same documents that I submitted as Exhibit E to the Schoennmann Decl., but with "Page 2 of 2" added to each of the U.S. Customs clearance statements.

6.      Page 2 of 2 of the U.S. Customs Form 1300 (4/18) contains printed instructions and space for any information that does not fit on Page 1 of 2. The only additional information on each Page 2 of 2 is the completion of Block 15 on Page 1 (which calls for "Particulars of Voyage"); the information added on Page 2 of 2 was: "PORT ARTHUR, TX." That information also appears, handwritten, in Block 12 of one of the two clearance forms that I submitted as Exhibit E to the Schoennmann Decl. (ECF No. 50-6, page 3 of 5). Block 12 calls for "Port Departed For." The page I just referred to states in that block, in handwriting: "Port Arthur, TX via Port Carupano."

7.      The supplemental information typed in on Page 2 of 2 therefore was also provided, in handwriting, on Page 1 of 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to my knowledge. Executed in the Republic of Singapore. Dated this 12th day of October, 2020.

Lars Schoennemann

2