# Supplemental Exhibit E

{25261946;1}



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB Approval No: 1651-0019
Expiration Date: 04/30/2019
Estimated Burden: 30 Min

## VESSEL ENTRANCE OR CLEARANCE STATEMENT
19 CFR Part 4

☐ ENTRANCE   ☒ CLEARANCE

5201-2019

TRADE CODES (see back)   Check One: ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

| Field | Value |
|---|---|
| 1. Manifest No. | 01078 |
| 2. Port Arrival/Departure | MIAMI, FL |
| 3. Date & Time of Arrival/Departure | 01/30/19 1400 |
| 4. Vessel Operating Draft (in feet and inches) | 22 ft. 11 in. |
| 5. Nationality, Name and Type of Vessel | ANTIGUA AND BARBUDA / BBC MOONSTONE / 330 V. 4007017 |
| 6. Vessel Built at/Year | P. R. OF CHINA / 2008 |
| 7. Name, Address & Phone No. of Ship's Agent | SEAPORT HUB AGENCIES, INC / 1110 BRICKELL AVE SUITE 805 / MIAMI, FL 33131 PH305-372-9181 |
| 8. Name & Country of Owner | BRIESE SCHIFFAHRTS GMBH&CO.KG MS MOONSTONE / GERMANY |
| 9. Name & Country of Operator | SAME AS # 8 |
| 10. Gross Tonnage | 12,838 |
| 11. Net Tonnage | 5,968 |
| 12. Port Arrived From/Departed For | PUERTO CARUPANO, CUBA |
| 13. IMO # | 9563732 |
| Official # | 4971 |
| Call Sign | V2FY9 |

14. List All Dock Locations (continue on back if necessary)
LUMMUS IS. BERTH # 107E

15. Particulars of Voyage (Previous and subsequent Ports of Call, include dates; underline where remaining cargo will be discharged) (Con't on back)
MASAN 12/14/18; TIANJIN 12/18/18; PANAMA CANAL 1/23/19; BALBOA 1/25/19; MIAMI, FL 1/30/19; PUERTO CARUPANO; RIO HAINA-

16. Brief Description of Cargo
PROJECT CARGO IN TRANSIT

17. ☐ Check if Incomplete Manifest for Export
    ☐ Check if Licensed Cargo Loaded
    ☒ Check if Complete Manifest filed for Export

| 18. No. of Crew | 19. No. of Passengers | 20. List All Carriers on board by SCAC Code |
|---|---|---|
| 16 | 0 | |

21. Tonnage Mark  ☒ None ☐ Submerged ☐ Not Submerged
22. Bunkers: Type, Barrels, Value

| 23. Load Line Expires | 24. Solas Certificate Expires | 25. Passengers Allowed Per Coast Guard Certificate | 26. No. of Passengers Embarking/Disembarking |
|---|---|---|---|
| 01/08/2023 | 01/08/2023 | 0 | 0 |

| 27. Cert. Of Fin. Resp. No. (Water Pollution) and Exp. Date | 28. Cert. Of Fin. Resp. (Passenger Death/Injury) | 29. Cert. Of Fin. Resp. (Passenger Transportation Indemnification) |
|---|---|---|
| 873912-20  11/23/2021 | N/A | N/A |

30. PURPOSE OF ENTRANCE OR CLEARANCE
☐ D (Discharge Foreign Cargo)   ☐ X (Export Cargo Aboard on Arrival)   ☐ L (Lade Cargo for Export)
☒ F (FROB - Foreign Cargo to Remain on Board)   ☐ N (No Cargo transactions)   ☐ Y (Military Cargo for Discharge/to be Laden)

31. Print and Sign Name of Master, Authorized Agent or Officer, Date
Mr. OLEKSANDR KONOVALOV   MASTER                                   01/30/19

**FOR CBP USE ONLY**

32. ☐ CBP User Fee Paid Up*   33. ☐ APHIS User Fee Paid Up*   34. ☐ Tonnage Tax Paid Up*
35. Cash Receipt, CBP 368 or Transaction No.   36. Total Fees Collected   37. Port Entered/Cleared, Time and Date

38. CBP Officer Remarks

39. Signature and Title of Officer Receiving Entry/Granting Clearance

MIAMI, FLORIDA   DATE 1/02
CLEARANCE IS GRANTED TO FOREIGN PORT NAMED IN ITEM 12.

*Check boxes only if fees not collected

CBP Form 1300 (4/18)                                                                 Page 1 of 2

## INSTRUCTIONS

Trade Codes: Please enter the code that best describes the arriving or departing vessel
(1) Foreign in Ballast
(2) Foreign Bulk
(3) Foreign General Cargo
(4) Domestic or Coastwise Ballast
(5) Domestic or Coastwise Bulk
(6) Domestic or Coastwise General Cargo

Block 4 - Vessel Operating Draft: (not the design draft)

Deepest draft of the vessel on entrance (in feet and inches)
Deepest draft of the vessel on clearance (in feet and inches)

Block 5 - Vessel Types: List one of the codes and descriptions from below:

| | | | |
|---|---|---|---|
| 111 | Crude Oil Tanker | 350 | Passenger |
| 112 | Crude/Products Tanker | 410 | Fish Processing & Catching |
| 140 | Tank Barge | 421 | Drilling Ship |
| 150 | Other Tanker | 422 | Tug/Supply Offshore Support |
| 210 | Bulk/Oil Carrier | 431 | Tug/Tow Boat |
| 229 | Bulk Carrier | 432 | Pushboat |
| 310 | Container | 492 | Research/Survey |
| 325 | Vehicle Carrier | 493 | Dredger |
| 330 | General Cargo | 494 | Yacht |
| 333 | RO-RO Cargo | 499 | Other NEI |
| 340 | Dry Cargo Barge | 600 | Lakers Vessels |
| 341 | Deck Barge | | |

Block 9 - Operator as listed on the Certificate of Financial Responsibility (Water Pollution): unless other verifiable charter or lease arrangement indicates otherwise.

Block 14 - Additional Information




Block 15 - Additional Information
PORT ARTHUR, TX




Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0019. The estimated average time to complete this application is 30 minutes. Obligation to respond is Mandatory. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 90 K Street NE, Washington DC 20229.

Case 1:20-cv-22471-DPG Document 63-3 Entered on FLSD Docket 10/12/2020 Page 4 of 7



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

OMB Approval No: 1651-0019
Expiration Date: 04/30/2019
Estimated Burden: 30 Min

## VESSEL ENTRANCE OR CLEARANCE STATEMENT
19 CFR Part 4

☐ ENTRANCE ☒ CLEARANCE

1. Manifest No: 5201-2019 01078
TRADE CODES (see back) Check One: ☐1 ☐2 ☒3 ☐4 ☐5 ☐6

2. Port Arrival/Departure: MIAMI, FL
3. Date & Time of Arrival/Departure: 01/30/19 1400
4. Vessel Operating Draft (in feet and inches): 22 ft. 11 in.

5. Nationality, Name and Type of Vessel:
ANTIGUA AND BARBUDA
BBC MOONSTONE
330 V. 4007017

6. Vessel Built at/Year: P. R. OF CHINA / 2008

7. Name, Address & Phone No. of Ship's Agent:
SEAPORT HUB AGENCIES, INC
1110 BRICKELL AVE SUITE 805
MIAMI, FL 33131 PH 305-372-9181

8. Name & Country of Owner:
BRIESE SCHIFFAHRTS GMBH&CO.KG MS MOONSTONE
GERMANY

9. Name & Country of Operator: SAME AS # 8

10. Gross Tonnage: 12,838
11. Net Tonnage: 5,968
12. Port Arrived From/Departed For: Port Arthur, TX via Carupano
13. IMO #: 9563732
Official #: 4971
Call Sign: V2FY9

14. List All Dock Locations (continue on back if necessary):
LUMMUS IS. BERTH # 107E

15. Particulars of Voyage (Previous and subsequent Ports of Call, include dates; underline where remaining cargo will be discharged) (Con't on back)
MASAN 12/14/18; TIANJIN 12/18/18; PANAMA CANAL 1/23/19; BALBOA 1/25/19; MIAMI, FL 1/30/19; PUERTO CARUPANO; RIO HAINA-

16. Brief Description of Cargo: PROJECT CARGO IN TRANSIT

17. ☐ Check if Incomplete Manifest for Export
☐ Check if Licensed Cargo Loaded
☒ Check if Complete Manifest filed for Export

18. No. of Crew: 16
19. No. of Passengers: 0
20. List All Carriers on board by SCAC Code

21. Tonnage Mark: ☒ None ☐ Submerged ☐ Not Submerged
22. Bunkers: Type, Barrels, Value

23. Load Line Expires: 01/08/2023
24. Solas Certificate Expires: 01/08/2023
25. Passengers Allowed Per Coast Guard Certificate: 0
26. No. of Passengers Embarking/Disembarking: 0

27. Cert. Of Fin. Resp. No. (Water Pollution) and Exp. Date: 873912-20 11/23/2021
28. Cert. Of Fin. Resp. (Passenger Death/Injury): N/A
29. Cert. Of Fin. Resp. (Passenger Transportation Indemnification): N/A

30. PURPOSE OF ENTRANCE OR CLEARANCE
☐ D (Discharge Foreign Cargo)
☒ F (FROB - Foreign Cargo to Remain on Board)
☐ X (Export Cargo Aboard on Arrival)
☐ N (No Cargo transactions)
☐ L (Lade Cargo for Export)
☐ Y (Military Cargo for Discharge/to be Laden)

31. Print and Sign Name of Master, Authorized Agent or Officer, Date:
Mr. OLEKSANDR KONOVALOV  MASTER  01/30/19

**FOR CBP USE ONLY**

32. ☐ CBP User Fee Paid Up*
33. ☐ APHIS User Fee Paid Up*
34. ☐ Tonnage Tax Paid Up*

35. Cash Receipt, CBP 368 or Transaction No.
36. Total Fees Collected
37. Port Entered/Cleared, Time and Date

38. CBP Officer Remarks

MIAMI, FLORIDA   JAN 3 0 2019
DATE  1102

CLEARANCE IS GRANTED TO FOREIGN PORT NAMED IN ITEM 12
JAN 3 0 2019

39. Signature and Title of Officer Receiving Entry/Granting Clearance

*Check boxes only if fees not collected  FLORIDA

CBP Form 1300 (4/18)   DATE   Page 1 of 2

PERMISSION IS GRANTED TO PROCEED TO THE PORT NAMED IN ITEM 12  1102

## INSTRUCTIONS

Trade Codes: Please enter the code that best describes the arriving or departing vessel
- (1) Foreign in Ballast
- (2) Foreign Bulk
- (3) Foreign General Cargo
- (4) Domestic or Coastwise Ballast
- (5) Domestic or Coastwise Bulk
- (6) Domestic or Coastwise General Cargo

Block 4 - Vessel Operating Draft: (not the design draft)

Deepest draft of the vessel on entrance (in feet and inches)
Deepest draft of the vessel on clearance (in feet and inches)

Block 5 - Vessel Types: List one of the codes and descriptions from below:

| Code | Description | Code | Description |
|---|---|---|---|
| 111 | Crude Oil Tanker | 350 | Passenger |
| 112 | Crude/Products Tanker | 410 | Fish Processing & Catching |
| 140 | Tank Barge | 421 | Drilling Ship |
| 150 | Other Tanker | 422 | Tug/Supply Offshore Support |
| 210 | Bulk/Oil Carrier | 431 | Tug/Tow Boat |
| 229 | Bulk Carrier | 432 | Pushboat |
| 310 | Container | 492 | Research/Survey |
| 325 | Vehicle Carrier | 493 | Dredger |
| 330 | General Cargo | 494 | Yacht |
| 333 | RO-RO Cargo | 499 | Other NEI |
| 340 | Dry Cargo Barge | 600 | Lakers Vessels |
| 341 | Deck Barge | | |

Block 9 - Operator as listed on the Certificate of Financial Responsibility (Water Pollution): unless other verifiable charter or lease arrangement indicates otherwise.

Block 14 - Additional Information

Block 15 - Additional Information
PORT ARTHUR, TX

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0019. The estimated average time to complete this application is 30 minutes. Obligation to respond is Mandatory. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 90 K Street NE, Washington DC 20229.

**Export License**
**D1124555**
**Validated:** April 17, 2018
**Expires:** April 30, 2022



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
WASHINGTON, D.C. 20230

Unless limited by a condition set forth below, the export, reexport or transfer (in-country) authorized by this license is for the item(s), end-use(s), and parties described in the license application and any letters of explanation. The applicant is responsible for informing the other parties identified on the license, such as ultimate consignees and end-users, of the license's scope and of the specific conditions applicable to them. BIS has granted this license in reliance on representations the applicant made in the license application, letters of explanation, and other documents submitted.

**Applicant Reference Number:** VMP9140

**APPLICANT:** G354738
GENERAL ELECTRIC COMPANY
1 NEUMANN WAY
CINCINNATI, OH 45215
United States

**PURCHASER:**
GOLDWIND
No. 107 Shanghai Road
Econ and Tech Dev Zone
Urumqi 830026
China

**ULTIMATE CONSIGNEE:**
Empresa Electrica Las Tunas
Carretera Central Km 3 1/2
Salida de Camaguey
Las Tunas
Cuba

**INTERMEDIATE CONSIGNEE:**

**APPROVED END USER(S):**
GOLDWIND
Playa Herradura
Las Tunas Province
Jesus Menendez
Cuba

La Herradura 1
Playa Herradura
Las Tunas Province
Jesus Menendez,
Cuba

**COMMODITIES:**

| QTY | DESCRIPTION (May Include Product Name or Model Number) | ECCN | TOTAL PRICE |
|---|---|---|---|
| 110 | GE LM37.3 P2 rotor blade for use on the GOLDWIND 1.5 MW wind turbine. | EAR99 | $10,340,000.00 |

TOTAL:   $10,340,000.00

The Export Administration Regulations require you to take the following actions when exporting under the authority of this license.

   A. Record the Export Control Classification Number in the block provided in the Automated Export System (AES).
   B. Record your validated License Number in the block provided by AES.

**Export License**
**D1124555**
**Validated:** April 17, 2018
**Expires:** April 30, 2022



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
WASHINGTON, D.C. 20230

C. Place a Destination Control Statement on all commerical invoices for shipments of items on the Commerce Control List.

**CONDITIONS:**

1.

Items subject to the EAR and within the scope of this license may not be reexported or transferred (in-country) unless such reexport or in-country transfer is (i) authorized by this license, or another license or other approval issued by the U.S. Government; (ii) authorized by a license exception or other authorization under the Export Administration Regulations (EAR); or (iii) to a destination, end user, and end use that would be "NLR" (No License Required) under the EAR.

2.

The following is an authorized ultimate consignee: ENERGOIMPORT, Calle Amenidad, No 124 entre, 20 de Mayo and Nueva, Habana, Cuba.