# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22471-DPG

NORTH AMERICAN SUGAR INDUSTRIES, INC.,
    Plaintiff,
v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC and BBC CHARTERING SINGAPORE PTE LTD.,

    Defendants.
_____/

**DECLARATION OF ZHANG YEHENG IN SUPPORT OF
XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO. LTD.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Zhang Yeheng, declare as follows:

1.    My name is Zhang Yeheng.  I am over the age of 21 and am competent to make this Declaration.  I have personal knowledge of the matters set forth herein.

2.    Xinjiang Goldwind Science & Technology Co. Ltd. ("Goldwind Science") is an international enterprise registered and organized under the law of the People's Republic of China ("China") that specializes in manufacturing wind turbine generators and technology.

3.    Goldwind Science's registered office is at No. 107, Shanghai Road, Economic & Technology, Development District, Urumqi, Xinjiang, China.

4.    I have been employed at Goldwind Science since 2015, and I am currently the head of its Financial Management Department.  My role involves supervising Goldwind Science financial matters.

5. Goldwind Science is not a party to any contracts with "Vessel Operating Common Carriers," including BBC Chartering USA, LLC or BBC Chartering Singapore PTE LTD, regarding Cuba La Herradura I.

6. Goldwind Science is not a party to any contracts with "Non-Vessel Operating Common Carriers," including DSV Air & Sea Inc., regarding Cuba La Herradura I.

7. Goldwind Science did not negotiate or sign the Cuba La Herradura I contract in Florida or the U.S.

8. Goldwind Science does not sell or manufacture any of its products in Florida.

9. Goldwind Science has not commissioned any of its products in Florida.

10. Goldwind Science is not registered to do business in Florida, and has no offices or registered agents in Florida.

11. Goldwind Science has no operations in the broader U.S. and is not registered to do business in any state in the U.S.

12. Goldwind Science does not maintain a phone number or mailing address in the U.S.

13. Goldwind Science has no bank accounts in the U.S.

14. Goldwind Science has no direct U.S. affiliate or subsidiary.

15. Other than this lawsuit brought by North American Sugar Industries Inc., Goldwind Science has never been a party, either as a plaintiff or a defendant, in any lawsuit in the United States.

16. Goldwind Science has been a party to only one arbitration with its situs in the U.S., which was completed in 2018.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed on this 4th day of June, 2021.

[Zhang Yeheng]