UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22471-CIV-GAYLES/OTAZO-REYES

NORTH AMERICAN SUGAR INDUSTRIES INC.,

    Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY
CO., LTD., GOLDWIND INTERNATIONAL
HOLDINGS (HK) LTD., DSV AIR & SEA INC.,
BBC CHARTERING USA, LLC, and
BBC CHARTERING SINGAPORE PTE LTD.,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff North American Sugar Industries Inc.'s ("Plaintiff") Amended Notice of Discovery Hearing [D.E. 105] and Defendant DSV Air & Sea, Inc.'s ("DSV") Notice of Discovery Hearing [D.E. 106]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 81]. The undersigned held a hearing on these matters on June 8, 2021. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

1.    Defendants Goldwind International Holdings (HK) Ltd. ("Goldwind"), BBC Chartering USA, LLC ("BBC USA") and BBC Chartering Singapore PTE Ltd. ("BBC Singapore") shall each fully respond to Plaintiff's outstanding interrogatories by the close of business on **Friday, June 11, 2021**. By that date, Goldwind, BBC USA and BBC Singapore shall

complete their respective productions of responsive documents pursuant to Federal Rules of Civil Procedure 33(d), identifying such documents by bates numbers and corresponding interrogatories.

2.  As to the four Topics of Examination listed in Plaintiff's Rule 30(b)(6) Deposition Notices served on Goldwind, BBC USA, BBC Singapore and DSV (collectively, "Defendants"):

   a. Defendants' objections to Topics 1 and 2 are OVERRULED. Plaintiff may inquire at the Rule 30(b)(6) depositions into: (1) the Moonstone Shipment's and Jade Shipment's respective stops in Miami, Florida, and activities, Communications, decisions, and Documents regarding the same; and (2) the assertions set forth in each Defendant's respective declaration(s) filed in support of its motion to dismiss for lack of personal jurisdiction.

   b. Defendants' objections to Topics 3 and 4 are SUSTAINED.

3.  The Rule 30(b)(6) depositions for each of the Defendants shall not exceed 6 hours and Plaintiff is limited to those depositions at this juncture.

4.  Defendants' objections to Plaintiff's document requests included in the Rule 30(b)(6) Deposition Notices are SUSTAINED.

5.  The parties shall meet and confer regarding any additional jurisdictional discovery disputes not resolved by the foregoing rulings, and may bring any unresolved disputes to the undersigned's attention in accordance with the Discovery Procedures governing the case, and in a streamlined manner.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of June, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record