# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 20-cv-22471-GAYLES/Otazo-Reyes

NORTH AMERICAN SUGAR INDUSTRIES INC.,

    Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY
CO., LTD., GOLDWIND INTERNATIONAL
HOLDINGS (HK) LTD., DSV AIR & SEA INC.,
BBC CHARTERING USA, LLC, and
BBC CHARTERING SINGAPORE PTE LTD.,

    Defendants.

_____/

## DEFENDANT GOLDWIND INTERNATIONAL
## HOLDINGS (HK) LTD.'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Order dated May 20, 2021 (ECF No. 100), Defendant Goldwind International Holdings (HK) Ltd. ("Goldwind International"), through undersigned counsel, certifies as follows:

The following is a list of persons, associated persons, firms, partnerships, and/or corporations that may have a financial interest in the outcome of this case:

1. North American Sugar Industries Inc. ("Plaintiff");

2. Gibson, Dunn & Crutcher LLP (Counsel for Plaintiff);

3. Andrea E. Neuman (Counsel for Plaintiff);

4. Audi K. Syarief (Counsel for Plaintiff);

5. Casey Kyung-Se Lee (Counsel for Plaintiff);

6. Jason R. Meltzer (Counsel for Plaintiff);

7. Miguel A. Estrada (Counsel for Plaintiff);

8. Rahim Moloo (Counsel for Plaintiff);

9. Mandel & Mandel LLP (Counsel for Plaintiff);

10. David S. Mandel (Counsel for Plaintiff);

11. Xinjiang Goldwind Science & Technology Co., Ltd. ("Goldwind Science") (Defendant);

12. Goldwind International (Defendant);

13. DSV Air & Sea Inc. ("DSV US") (Defendant);

14. BBC Chartering USA, LLC (Defendant);

15. BBC Chartering Singapore PTE Ltd. (together with BBC Chartering USA, LLC, "BBC") (Defendant);

16. Hogan Lovells US LLP (Counsel for Goldwind Science and Goldwind International);

17. Richard C. Lorenzo (Counsel for Goldwind Science and Goldwind International);

18. Allen P. Pegg (Counsel for Goldwind Science and Goldwind International);

19. Daniel Balmori (Counsel for Goldwind Science and Goldwind International);

20. Reginald Cuyler, Jr. (Counsel for Goldwind Science and Goldwind International);

21. Nathalie M. de Almagro (Counsel for Goldwind Science and Goldwind International);

22. Morgan, Lewis & Bockius LLP (Counsel for DSV US);

23. Robert M. Brochin (Counsel for DSV US);

24. Sarah J. Cohen (Counsel for DSV US);

25. Carl A. Valenstein (Counsel for DSV US);

26. John M. Vassos (Counsel for DSV US);

27. Matthew Papkin (Counsel for DSV US);

28. Akerman LLP (Counsel for BBC);

29. Naim S. Surgeon (Counsel for BBC);

30. Pedro A. Freyre (Counsel for BBC); and

31. Martin Domb (Counsel for BBC).

Dated: June 11, 2021.              Respectfully submitted,

HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida  33131
Telephone:    (305) 459-6500
Facsimile:     (305) 459-6550


By:     /s/Allen P. Pegg
        Allen P. Pegg
        Fla. Bar No. 597821
        allen.pegg@hoganlovells.com
        Richard C. Lorenzo
        Fla. Bar No. 071412
        richard.lorenzo@hoganlovells.com
        Reginald Cuyler Jr.
        Fla. Bar No. 114062
        reginald.cuyler@hoganlovells.com
        Nathalie M. de Almagro
        Fla. Bar No. 1017877
        nathalie.dealmagro@hoganlovells.com

        *Counsel for Xinjiang Goldwind Science & Technology Co., Ltd. and Goldwind International Holdings (HK) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By:  */s/ Allen P. Pegg*
     Allen P. Pegg