UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-22471-GAYLES/Otazo-Reyes

NORTH AMERICAN SUGAR INDUSTRIES INC.,

    Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY
CO., LTD., GOLDWIND INTERNATIONAL
HOLDINGS (HK) LTD., DSV AIR & SEA INC.,
BBC CHARTERING USA, LLC, and
BBC CHARTERING SINGAPORE PTE LTD.,

    Defendants.
_____/

**DEFENDANT XINJIANG GOLDWIND SCIENCE &
TECHNOLOGY CO., LTD.'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and the Court's Order dated May 20, 2021 (ECF No. 100), Defendant Xinjiang Goldwind Science & Technology Co., Ltd. ("Goldwind Science"), through undersigned counsel, certifies and discloses as follows:

1. Goldwind Science is a publicly held Chinese corporation. The following corporations own 10% or more Goldwind Science's stock:

    a. Hexie Health Insurance Co., Ltd.

    b. Xinjiang Wind Power Co., Ltd.

    c. China Three Gorges New Energy (Group) Co., Ltd.

2. The following is a list of persons, associated persons, firms, partnerships, and/or corporations that may have a financial interest in the outcome of this case:

a. North American Sugar Industries Inc. ("Plaintiff");

b. Gibson, Dunn & Crutcher LLP (Counsel for Plaintiff);

c. Andrea E. Neuman (Counsel for Plaintiff);

d. Audi K. Syarief (Counsel for Plaintiff);

e. Casey Kyung-Se Lee (Counsel for Plaintiff);

f. Jason R. Meltzer (Counsel for Plaintiff);

g. Miguel A. Estrada (Counsel for Plaintiff);

h. Rahim Moloo (Counsel for Plaintiff);

i. Mandel & Mandel LLP (Counsel for Plaintiff);

j. David S. Mandel (Counsel for Plaintiff);

k. Goldwind Science (Defendant);

l. Goldwind International Holdings (HK) Ltd. ("Goldwind International") (Defendant);

m. DSV Air & Sea Inc. ("DSV US") (Defendant);

n. BBC Chartering USA, LLC (Defendant);

o. BBC Chartering Singapore PTE Ltd. (together with BBC Chartering USA, LLC, "BBC") (Defendant);

p. Hogan Lovells US LLP (Counsel for Goldwind Science and Goldwind International);

q. Richard C. Lorenzo (Counsel for Goldwind Science and Goldwind International);

r. Allen P. Pegg (Counsel for Goldwind Science and Goldwind International);

s. Daniel Balmori (Counsel for Goldwind Science and Goldwind International);

t. Reginald Cuyler, Jr. (Counsel for Goldwind Science and Goldwind International);

u. Nathalie M. de Almagro (Counsel for Goldwind Science and Goldwind International);

v. Morgan, Lewis & Bockius LLP (Counsel for DSV US);

w. Robert M. Brochin (Counsel for DSV US);

x. Sarah J. Cohen (Counsel for DSV US);

y. Carl A. Valenstein (Counsel for DSV US);

z. John M. Vassos (Counsel for DSV US);

aa. Matthew Papkin (Counsel for DSV US);

bb. Akerman LLP (Counsel for BBC);

cc. Naim S. Surgeon (Counsel for BBC);

dd. Pedro A. Freyre (Counsel for BBC); and

ee. Martin Domb (Counsel for BBC).

Dated: June 11, 2021.

Respectfully submitted,

HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida  33131
Telephone:    (305) 459-6500
Facsimile:    (305) 459-6550

By:  */s/Allen P. Pegg*
Allen P. Pegg
Fla. Bar No. 597821
allen.pegg@hoganlovells.com
Richard C. Lorenzo
Fla. Bar No. 071412
richard.lorenzo@hoganlovells.com

*Counsel for Xinjiang Goldwind Science & Technology Co., Ltd. and Goldwind International Holdings (HK) Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: */s/ Allen P. Pegg*
Allen P. Pegg