**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 1:20-cv-22471-DPG**

NORTH AMERICAN SUGAR
INDUSTRIES, INC.,

   Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE &
TECHNOLOGY CO., LTD.; GOLDWIND
INTERNATIONAL HOLDINGS(HK) LTD.;
DSV AIR & SEA INC.; BBC CHARTERING
USA, LLC; and BBC CHARTERING
SINGAPORE PTE LTD.,

   Defendants.

## DSV AIR & SEA INC.'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Order Requiring Joint Scheduling Report and Proposed Scheduling Order (ECF No. 100), Defendant DSV Air & Sea Inc. ("DSV US"), certifies as follows:

The following is a list of persons, associated persons, firms, partnerships, or corporations that may have a financial interest in the outcome of this case:

1. North American Sugar Industries Inc. ("Plaintiff");

2. Gibson, Dunn & Crutcher LLP (Counsel for Plaintiff);

3. Andrea E. Neuman (Counsel for Plaintiff);

4. Audi K. Syarief (Counsel for Plaintiff);

5. Casey Kyung-Se Lee (Counsel for Plaintiff);

6. Jason R. Meltzer (Counsel for Plaintiff);

7. Miguel A. Estrada (Counsel for Plaintiff);

8. Rahim Moloo (Counsel for Plaintiff);

9. Mandel & Mandel LLP (Counsel for Plaintiff);

10. David S. Mandel (Counsel for Plaintiff);

11. Xinjiang Goldwind Science & Technology Co., Ltd. ("Goldwind Science") (Defendant);

12. Goldwind International (Defendant);

13. DSV Air & Sea Inc. ("DSV US") (Defendant);

14. DSV Panalpina A/S (publicly held corporation owning 10% or more of DSV US's stock);

15. BBC Chartering USA, LLC (Defendant);

16. BBC Chartering Singapore PTE Ltd. (together with BBC Chartering USA, LLC, "BBC") (Defendant);

17. Hogan Lovells US LLP (Counsel for Goldwind Science and Goldwind International);

18. Richard C. Lorenzo (Counsel for Goldwind Science and Goldwind International);

19. Allen P. Pegg (Counsel for Goldwind Science and Goldwind International);

20. Daniel Balmori (Counsel for Goldwind Science and Goldwind International);

21. Reginald Cuyler, Jr. (Counsel for Goldwind Science and Goldwind International);

22. Nathalie M. de Almagro (Counsel for Goldwind Science and Goldwind International);

23. Morgan, Lewis & Bockius LLP (Counsel for DSV US);

24. Robert M. Brochin (Counsel for DSV US);

25. Sarah J. Cohen (Counsel for DSV US);

26. Carl A. Valenstein (Counsel for DSV US);

27. John M. Vassos (Counsel for DSV US);

28. Matthew Papkin (Counsel for DSV US);

29. Akerman LLP (Counsel for BBC);

30. Naim S. Surgeon (Counsel for BBC);

31. Pedro A. Freyre (Counsel for BBC); and

32. Martin Domb (Counsel for BBC)

Dated:  June 11, 2021                                    Respectfully submitted,

                *s/Robert M. Brochin*
                Robert M. Brochin
                Florida Bar No. 0319661
                bobby.brochin@morganlewis.com
                Matthew Papkin
                Florida Bar No. 106565
                matthew.papkin@morganlewis.com
                Sarah J. Cohen
                Florida Bar No. 1010683
                sarah.cohen@morganlewis.com
                Morgan, Lewis & Bockius LLP
                600 Brickell Avenue
                Suite 1600
                Miami, Florida  33131-3075
                Telephone:  305.415.3000
                Facsimile:  305.415.3001

                John M. Vassos (admitted *pro hac vice*)
                john.vassos@morganlewis.com
                101 Park Avenue
                New York, NY 10178
                Telephone:  212.309.6000
                Facsimile:  212.309.6002

                Carl A. Valenstein (admitted *pro hac vice*)
                carl.valenstein@morganlewis.com
                One Federal Street
                Boston, MA 02110
                Telephone:  617.341.7700
                Facsimile:  617.341.7701

                *Counsel for Defendant*
                *DSV AIR & SEA, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I electronically filed the foregoing Certificate of Interested Persons with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

*/s/ Robert M. Brochin*
Robert M. Brochin