**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-22471-DPG**

NORTH AMERICAN SUGAR INDUSTRIES INC.,

                          Plaintiff,

v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY CO., LTD., GOLDWIND INTERNATIONAL HOLDINGS (HK) LTD., DSV AIR & SEA INC., BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD.,

                          Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Order issued on May 20, 2021, Dkt. No. 100, Plaintiff North American Sugar Industries Inc. ("American Sugar") hereby certifies that, to its knowledge, the following are persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:[1]

1. American Sugar, Plaintiff;

2. Cuban-American Mercantile Corporation, subsidiary of Plaintiff;

3. The West India Company, subsidiary of Plaintiff;

4. Azucar Holdings, LLC ("Azucar"), owner of Plaintiff;

5. Funds and entities affiliated with Apollo Global Management, Inc., part owners of Azucar;

6. Shell Oil Company, part owner of Azucar;

---

[1] Please also see American Sugar's previously filed Corporate Disclosure Statement, Dkt. No. 5.

7. Royal Dutch Shell plc, parent company of Shell Oil Company;

8. JPMorgan Chase Bank, N.A. (as Trustee for First Plaza Group Trust), part owner of Azucar;

9. JPMorgan Chase & Co., parent company of JPMorgan Chase Bank, N.A.;

10. Funds affiliated with The Goldman Sachs Group, Inc., part owners of Azucar;

11. Individual current and former members of Hexion LLC's management team, part owners of Azucar;

12. Xinjiang Goldwind Science & Technology Co., Ltd., Defendant;

13. Xinjiang Goldwind International Holdings (HK) Ltd., Defendant;

14. DSV Air & Sea Inc., Defendant ("DSV");

15. DSV Air & Sea Holding, Inc., parent company of DSV;

16. DSV Air & Sea Holding A/S, parent company of DSV Air & Sea Holding, Inc.;

17. DSV Panalpina A/S, parent company of DSV Air & Sea Holding A/S.

18. BBC Chartering USA, LLC, Defendant ("BBC USA");

19. BBC Chartering Singapore Pte Ltd., Defendant ("BBC Singapore");

20. BBC Chartering & Logistic GmbH & Co. KG, affiliates of Defendants BBC USA and BBC Singapore; and

21. Briese Group, network of companies including Defendants BBC USA and BBC Singapore.

American Sugar reserves the right to supplement this list if additional interested parties are identified.

Dated: June 11, 2021

Respectfully submitted,

*David S. Mandel*
David S. Mandel
FBN 38040
MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone: (305) 374-7771
dsm@mandel.law

Miguel A. Estrada (*pro hac vice*)
Jason R. Meltzer (*pro hac vice*)
Audi K. Syarief (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
Telephone: (202) 955-8257
Facsimile: (202) 530-9616
mestrada@gibsondunn.com
jmeltzer@gibsondunn.com
asyarief@gibsondunn.com

Andrea E. Neuman (*pro hac vice*)
Rahim Moloo (*pro hac vice*)
Casey Kyung-Se Lee (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-3883
Facsimile: (212) 351-5303
aneuman@gibsondunn.com
rmoloo@gibsondunn.com
clee@gibsondunn.com

*Counsel for Plaintiff North American Sugar Industries Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 11, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ David S. Mandel*
                                                David S. Mandel