UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22471-DPG

NORTH AMERICAN SUGAR INDUSTRIES INC.,

                Plaintiff,

     v.

XINJIANG GOLDWIND SCIENCE & TECHNOLOGY
CO., LTD., GOLDWIND INTERNATIONAL
HOLDINGS (HK) LTD., DSV AIR & SEA INC.,
BBC CHARTERING USA, LLC, and
BBC CHARTERING SINGAPORE PTE LTD.,

                Defendants.

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BBC CHARTERING USA, LLC, and BBC CHARTERING SINGAPORE PTE LTD.,**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and the Court's Order dated May 20, 2021 (ECF No. 100), Defendants BBC Chartering USA, LLC ("BBC USA"), and BBC Chartering Singapore Pte Ltd. ("BBC Singapore") (BBC USA and BBC Singapore, jointly, the "BBC Defendants"), through undersigned counsel, certify and discloses as follows:

    1.    BBC USA is a privately owned limited liability corporation, incorporated and headquartered in Texas, whose sole member is BBC Global GmbH & Co. KG. No publicly held corporation owns 10% or more of its stock.

    2.    BBC Singapore is a privately owned corporation, incorporated and headquartered in Singapore, whose sole shareholder is BBC Global GmbH & Co. KG.  No publicly held corporation owns 10% or more of its stock.

58607894;1

- 2 -

3. The following is a list of persons, associated persons, firms, partnerships, and/or corporations that may have a financial interest in the outcome of this case:

a. North American Sugar Industries Inc. ("Plaintiff");

b. Gibson, Dunn & Crutcher LLP (Counsel for Plaintiff);

c. Andrea E. Neuman (Counsel for Plaintiff);

d. Audi K. Syarief (Counsel for Plaintiff);

e. Casey Kyung-Se Lee (Counsel for Plaintiff);

f. Jason R. Meltzer (Counsel for Plaintiff);

g. Miguel A. Estrada (Counsel for Plaintiff);

h. Rahim Moloo (Counsel for Plaintiff);

i. Mandel & Mandel LLP (Counsel for Plaintiff);

j. David S. Mandel (Counsel for Plaintiff);

k. Xinjiang Goldwind Science & Technology Co., Ltd. ("Goldwind Science") (Defendant);

l. Goldwind International Holdings (HK) Ltd. ("Goldwind International") (Defendant);

m. DSV Air & Sea Inc. ("DSV US") (Defendant);

n. BBC Chartering USA, LLC (defined above as "BBC USA") (Defendant);

o. BBC Chartering Singapore PTE Ltd. (defined above as "BBC Singapore") (Defendant);

p. Hogan Lovells US LLP (Counsel for Goldwind Science and Goldwind International);

q. Richard C. Lorenzo (Counsel for Goldwind Science and Goldwind International);

58607894;1

- 3 -

r.  Allen P. Pegg (Counsel for Goldwind Science and Goldwind International);

s.  Daniel Balmori (Counsel for Goldwind Science and Goldwind International);

t.  Reginald Cuyler, Jr. (Counsel for Goldwind Science and Goldwind International);

u.  Nathalie M. de Almagro (Counsel for Goldwind Science and Goldwind International);

v.  Morgan, Lewis & Bockius LLP (Counsel for DSV US);

w.  Robert M. Brochin (Counsel for DSV US);

x.  Sarah J. Cohen (Counsel for DSV US);

y.  Carl A. Valenstein (Counsel for DSV US);

z.  John M. Vassos (Counsel for DSV US);

aa.  Matthew Papkin (Counsel for DSV US);

bb.  Akerman LLP (Counsel for the BBC Defendants);

cc.  Naim S. Surgeon (Counsel for the BBC Defendants);

dd.  Pedro A. Freyre (Counsel for the BBC Defendants); and

ee.  Martin Domb (Counsel for the BBC Defendants).

Dated:  June 14, 2021

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 349-4654

By: */s/ Naim S. Surgeon*
Pedro A. Freyre
Florida Bar No.: 192140
Email:  pedro.freyre@akerman.com
Naim S. Surgeon
Florida Bar No.: 101682
Email:  naim.surgeon@akerman.com

Martin Domb
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel. (212) 880-3800
Fax: (212) 880-8965
Email:  martin.domb@akerman.com

*Attorneys for Defendants*
*BBC Chartering USA, LLC and*
*BBC Chartering Singapore Pte Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: */s/ Naim S. Surgeon*

58607894;1